**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| PAUL E. LANG, SR., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-4348 |
| | § | |
| DAVOL, INC., *et al.*, | § | |
| Defendants. | § | |

## ORDER

It is hereby **ORDERED** that this case is **STAYED AND ADMINISTRATIVELY CLOSED** pending transfer to MDL-1842, *In re Kugel Mesh Hernia Patch Products Liability Litigation*.

SIGNED at Houston, Texas, this 5th day of **February, 2008**.

Nancy F. Atlas
United States District Judge